# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| John J. Aguirre, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. |
| ) | 13-0020-CV-W-JTM |
| Carolyn W. Colvin, ) | |
| Defendant. ) | |

## O R D E R

On Friday, January 10, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed June 12, 2013, [Doc. 13] and the *Brief For Defendant*, filed August 26, 2013, [Doc. 16]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with that set forth by the Court at the conclusion of the January 10, 2014 oral argument.

                                                     */s/ John T. Maughmer*
                                                     **JOHN T. MAUGHMER**
                                                     **U. S. MAGISTRATE JUDGE**